1  John P. McNicholas, Esq. (SBN 33530)
   John@McNicholaslaw.com
2  McNICHOLAS & McNICHOLAS, LLC
   10866 Wilshire Boulevard, Suite 1400
3  Los Angeles, California 90024-4338
   (310) 474-1582 Telephone
4

5  Attorneys for Plaintiff
   NANCY MENDOZA
6
   Michael R. Mitchell, Esq. (SBN 48348)
7  Mitchel4@ix.netcom.com
   19655 Friar Street
8  Tarzana, California 91335
   (818) 968-6119 Telephone
9

10 Attorney for Plaintiff Daniel Provencio, Jr.
   Personally and as successor in interest to
11 Daniel Provencio, deceased, by his guardian
   ad litem, Maria Lucero.
12
   Joshua M. Merliss, Esq. (SBN 073416)
13 Merliss@aol.com
   GORDON, EDELSTEIN, KREPACK,
14 GRANT, FELTON & GOLDSTEIN
   3580 Wilshire Boulevard, No. 1800
15 Los Angeles, California 90010
   (213) 739-7000
16

17 Attorneys for Plaintiff Johnny G. Provencio

18
                    **UNITED STATES DISTRICT COURT**
19
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
20

21 | DANIEL PROVENCIO, JR., personally and | Case No. **1:07-CV-00069-AWI-TAG** |
22 | as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad | |
23 | litem, Maria Lucero, NANCY MENDOZA, and JOHNNY G. PROVENCIO, | **APPLICATION FOR APPOINTMENT** |
24 |  | **OF GUARDIAN AD LITEM;** |
   | Plaintiffs, | **ORDER** |
25 |  |  |
   | vs. | **(Doc. 3)** |
26 |  |  |
27 | PATRICIA L. VAZQUEZ, MATTHEW D. PALMER, CURTISS O. | |
28 | LAWLESS, MATTHEW R. ADAMS, | |

---
1
APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

| | |
|---|---|
| 1 | DAVID E. HICKS, LORLEAN DRUGICH, BRANDON H. SHORT, BERNARD FERRER RAMOS, D. RAMOS, REMIJIO Q. PAREDES, EDWARD J. MONTANIO, LEVI A. LOGAN, ANTHONY R. AYALA, GEORGE GUTIERREZ, LEE A. MILLER, ARTEMIO Y. LARA, RICARDO SAMARRIPAS, LANSFORD BLANSETT, JOSE F. GARIA, EDMOND COOPER, KEVIN CROUCH, TONY GIBSON, BRUCE GLADDEN, PEARL GOETCHIUS-RILEY, JOSE GAMEZ, JULIE GIBBONS, DAVID GUERZON, JAVIER HERRERA, THOMAS HINTER, CLIFFORD JOHNSON, LYDIA MARTINEZ, MARK MIRANDA, KELLY PHILLIPS, PAUL TURPIN, EDWARD WELCH, JEFFREY WILLIAMS, TORRANCE YODER, MICHAEL SONGER, and DOES 1 THROUGH 100 INCLUSIVE, Defendants. |

1. Applicant, Maria Lucero, is the mother of Daniel Provencio, Jr., a minor, born July 28, 1999.

2. This application seeks the appointment of Maria Lucero as guardian ad litem:

Maria Lucero, 1220 Miramar Walk, Oxnard, California 93035 (tel: 805-701-3381).

3. The guardian ad litem is to represent the interests of the plaintiff, Daniel Povencio, Jr., 1220 Miramar Walk, Oxnard, California 93035 (tel: 805-701-3381).

4. Daniel Provencio, Jr. is a minor whose date of birth is July 28, 1999.

///

5. It is hereby requested that this court appoint a guardian ad litem because Daniel Provencio, Jr. has a cause or causes of action on which suit should be brought against the defendants for deprivation of Federal civil rights and survivor's claim arising from death of father.

6. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person she will represent and has no interests adverse to the interests of that person.

Dated: January 12, 2007          /s/
                                 By:   Michael Mitchell
                                 Attorney for Plaintiff Daniel Provencio, Jr.
                                 Personally and as successor in interest to
                                 Daniel Provencio, deceased, by his guardian
                                 ad litem, Maria Lucero

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  1/12/07                  /s/
                                 By:  Maria Lucero (Applicant)


**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

Dated:  1/12/07                  /s/
                                 By:  Maria Lucero (Applicant)

## ORDER

**THE COURT FINDS** that it is reasonable and necessary to appoint a guardian ad litem for Daniel Provencio, Jr., as requested.

**THE CORT ORDERS** that Maria Lucero is hereby appointed as the guardian ad litem for Daniel Provencio, Jr., a minor, for the reasons set forth above by applicant herein.

Dated: *April 13, 2007*

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT, EASTERN DISTRICT