1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARSHA S. MILLER,
     Supervising Deputy Attorney General
3  JOHN S. HARREL, (State Bar No. 113963)
     Deputy Attorney General
4  BENJAMIN BARNOUW (State Bar No. 168581)
   300 S. Spring Street, Suite 1702
5  Los Angeles, CA 90013-1230
   Telephone: (213) 897-2000
6  Facsimile:  (213) 897-2810
   Email:  John.Harrel@doj.ca.gov

Attorneys for Defendants Anthony R. Ayala , Lara Artemino, Lansford Blansett, Edmond Cooper, Kevin Crouch, Lorlean Drugich, Jose Garcia, Bruce Gladden, Jose Gamez, Tony Gibson, Julie Gibbons, Pearl Goetchius-Riley, David Guerzon, George Gutierrez,  Javier Herrera, RN David Hicks, Thomas Hunter, Clifford Johnson, LT Curtis Lawless, Levi Logan, Lydia Martinez, Lee Miller,  Mark Miranda, Edward Montanio, SGT Matthew Palmer, SGT Remijio Paredes, Kelly Phillips, Dr. Bernard Ramos M.D., Ricardo Samarripas, Brandon Short, Dr. Michael Singer M.D., Paul Turpin, Warden Patricia Vasquez, Jeffery Williams, SGT Edward Welch and Torrance Yoder

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>Defendants. | CASE NO. 1:07- cv-0069-AWI- TAG<br><br>STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE |

There is one Federal case and two State cases on file arising out of the same general facts. Those cases are Provencio v. Vasquez et al., USDC-ED Case 1:07- CV-00069-AWI- TAG (the current case), Provencio v. Defense Technologies, Inc., Kern County Superior Court Case No. S-500-CV-259969, and Provencio v. State of California et al., Kern County Superior Court Case No. S-1500-CV-257709.

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, ETC.

1   In this case there are 37 individual named and served defendants that will be represented
2   by the California Office of the Attorney General.  Attorney David R. Lampe, affiliated with the
3   law firm of LeBeau-Thelen LLP, has only recently been retained to represent defendant Matthew
4   Adams.  All parties have been discussing how best to proceed with this case so as to minimize
5   the use of the Court's time and most efficiently prosecute and defend all three cases. Due to the
6   number of defendants, and pursuant to Local Rule 6-144, the parties have agreed to extend the
7   date for the defendants to file a responsive pleading from March 18, 2007 to April 18, 2007.
8   Further, counsel for the parties are discussing the need for a motion to stay of this
9   proceeding in light of the state court actions, the terms upon which a stipulation for stay may be
10  entered into, or, that failing, a motion a motion or motions for stay with this court by the
11  defendants on the grounds of abstention due to the pendency of the prior state court actions.  If
12  necessary, the defendants intend to file and serve the moving papers on or before April 18, 2007.
13  For this reason, and the reason that further proceedings in this court may depend upon the
14  outcome of a stipulation for stay or the stay motion(s), all parties stipulate and request that the
15  time for defendants to file further responsive pleadings other than the motion(s) be extended until
16  a time to be set by the court following hearing on the stay motion(s), and that the Mandatory
17  Scheduling Conference now set for hearing on April 18, 2007 at 9:00 a.m. be continued to May
18  16, 2007 at 9:00 a.m., or such other date and time as ordered by the court.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, ETC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 13, 2007 | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>MARSHA S. MILLER, |
| 3 | | Supervising Deputy Attorney General<br>JOHN S. HARREL, |
| 4 | | Deputy Attorney General<br>BENJAMIN BARNOUW, |
| 5 | | Deputy Attorney General |

By:/s/ JOHN-HARRELL
   JOHN S. HARREL
Attorneys for Defendants Anthony R. Ayala, Lara Artemino, Lansford Blansett, Edmond Cooper, Lorlean Drugich, Kevin Crouch, Lorlean Drugich, Jose Garcia, Bruce Gladden, Jose Gamez, Tony Gibson, Julie Gibbons, Pearl Goetchius-Riley, David Guerzon, George Gutierrez, Javier Herrera, RN David Hicks, Thomas Hunter, Clifford Johnson, LT Curtis Lawless, Levi Logan, Lydia Martinez, Lee Miller, Mark Miranda, Edward Montanio, SGT Matthew Palmer, SGT Remijio Paredes, Kelly Phillips, Dr. Bernard Ramos M.D., Ricardo Samarripas, Brandon Short, Dr. Michael Singer M.D., Paul Turpin, Warden Patricia Vasquez, Jeffery Williams, SGT Edward Welch and Torrance Yoder

Dated: April 13, 2007

/s/ MICHAEL-MITCHELL
MICHAEL R. MITCHELL
Attorney for Plaintiff Daniel Provencio Jr., personally and as successor in interest to Daniel Provencio, deceased, by his guardian ad litem, Maria Lucero.

Dated: April 16, 2007

GORDON, EDELSTEIN, KREPACK, GRANT,
FELTON & GOLDSTEIN


By: /s/ JOSHUA-MERLISS
JOSHUA M. MERLISS
Attorney for Plaintiff Johnny G. Provencio

///

///

///

3
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, ETC.

Dated: April 14, 2007         McNICHOLAS & McNICHOLAS

                                            By:/s/ JOHN-McNICHOLAS
                                            JOHN P. McNICHOLAS
                                            Attorney for Plaintiff, Nancy Mendoza

Dated: April 16, 2007         LeBEAU-THELEN, LLP

                                            By:/s/ DAVID-LAMPE
                                            DAVID R. LAMPE
                                            Attorney for Defendant Matthew Adams

## **ORDERS**

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The defendants' responsive pleadings MUST BE FILED on or before April 18, 2007;

2. The scheduling conference is RESET to May 16, 2007, at 9:30 a.m., at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301;

3. The parties are ORDERED to file a joint scheduling report no later than May 9, 2007 (See Fed.R. Civ.P. 16 and Local Rule 16-240 regarding scheduling conferences and joint scheduling reports); and

4. In the event the defendants intend to file a motion or motions to stay this action, in lieu of filing answers or other responsive pleadings, such stay motion(s) must be filed no later than April 18, 2007, and noticed for a hearing no later than Monday, May 21, 2007. Opposition to the motion(s) must be filed no less than fourteen (14) days preceding the noticed hearing date. Any reply to such opposition must be filed not less than five (5) court days preceding the noticed hearing date. See Local Rule 78-230. If the motion(s) to stay is/are timely filed and duly noticed and served, the time for the defendants to file further responsive pleadings (other that the stay motion(s)  and any reply to any opposition to the stay motion(s)) is extended until a time set by the Court following hearing on the stay motion(s).

IT IS SO ORDERED.

Dated:  **April 17, 2007**         **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE