IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to Daniel Provencio, deceased, by his guardian ad litem, Maria Lucero, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:07-cv-0069 AWI TAG<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS FOR STAY AND FOR ABSTENTION<br>(Doc. 37) |

On January 12, 2007, Plaintiffs Daniel Provencio, Jr., Nancy Mendoza, and Johnny G. Provencio ("Plaintiffs") filed this counseled civil rights action, 42 U.S.C. § 1983, seeking damages for the March 2005 death of their relative who, at the time, was incarcerated at Wasco State Prison ("Wasco"). (Doc. 1). Defendants, all of whom are or were affiliated with Wasco, moved for a stay and for abstention based on Plaintiffs' pending state court complaints, which were filed in the Kern County Superior Court in 2006 and arose from the same events as does the instant § 1983 action. (Docs. 1, 15, 20).

On June 4, 2007, the Magistrate Judge issued a report and recommendation, recommending that the Defendants' motions be granted. (Doc. 37). This document was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. Plaintiffs filed timely objections on June 21, 2007. (Doc. 38). On July 6, 2007, the state defendants who are currently affiliated with Wasco untimely filed a joint response to Plaintiffs' objections. (Doc. 39).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1  Having carefully reviewed the entire file, the Court finds the report and recommendation filed on
2  June 4, 2007, to be supported by the record and by the Magistrate Judge's analysis.

3  In the objections, Plaintiffs contend that the Court did not adequately consider the effect
4  staying this action would have on <u>Provencio v. Defense Technologies, Inc.</u>, 1:07-cv-0651 AWI TAG,
5  a products liability case that has been related to this action.   While <u>Defense Technologies</u> does
6  contain issues related to this action, it has not been consolidated with this action.   As such, staying
7  this action will not stay or delay <u>Defense Technologies</u>.  Further, any possible inconsistent findings
8  that might arise with <u>Defense Technologies</u> and the state wrongful death action being tried in
9  different forums are not nearly as great as the possible inconsistent findings between this action and
10 the state wrongful death action being tried in different forums.

11 In short, the question before this court is not whether to proceed with this action and <u>Defense</u>
12 <u>Technologies</u> or the state wrongful death action and <u>Defense Technologies</u>.   The question is
13 whether to proceed with this action, the state wrongful death action, and <u>Defense Technologies</u> or
14 only the state wrongful death action and <u>Defense Technologies</u>.   Given the choice between two
15 lawsuits or three lawsuits, two of which are based on identical facts, the choice is clear.   Because
16 the state wrongful death action was filed before this action, it concerns the same facts, and it could
17 be amended to include the civil rights claims, all factors support staying this action.  It is Plaintiffs'
18 choice not to try one action including both the state wrongful death claims and the civil rights claims.

19 Accordingly, IT IS HEREBY ORDERED that:

20 1.  The report and recommendation (Doc. 37), filed June 4, 2007, is ADOPTED IN FULL;

21 2.  Defendants' Motions for Stay and for Abstention (Docs. 15, 20) are GRANTED pending
22 the disposition of Plaintiffs' actions in the Kern County Superior Court; and

23 3.  The parties to this action are DIRECTED to file quarterly reports in this Court to keep
24 it apprized of the status of the state court action.

25 IT IS SO ORDERED.

26 **Dated:   July 11, 2007**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE
27
28