IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to Daniel Provencio, deceased, by his guardian ad litem, Maria Lucero, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:07-cv-0069 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO LIFT THE STAY IMPOSED IN THIS ACTION (Doc. 61) |

On January 12, 2007, Plaintiffs Daniel Provencio, Jr., Nancy Mendoza, and Johnny G. Provencio ("Plaintiffs") filed a civil rights complaint, 42 U.S.C. § 1983, in this Court.  (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.  Presently before the Court is Plaintiffs' motion to vacate this Court's July 13, 2007 stay imposed pending the Kern County Superior Court's disposition of Plaintiffs' consolidated state court complaints (the "state court action"), which were filed in 2006.  (Docs. 1, 40, 48, 59).

On May 16, 2008, the Magistrate Judge issued Findings and Recommendations, recommending that the stay be lifted, after granting Plaintiffs' request for judicial notice (Doc. 59) of the state court's dismissal of the entire state court action.  (Doc. 61).  The Magistrate Judge concluded, however, that Plaintiffs failed to provide meritorious reasons to vacate the stay in their motion (Doc. 48), which had been submitted before the state court action had been dismissed and, therefore, recommended that Plaintiffs' motion be denied.  (Id.).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) court days of the date of service; i.e., no later than May 30, 2008.  (Id.).

1  To date, no objections have been filed.

2      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 72-304,
3  this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file,
4  the Court finds the May 16, 2008 Findings and Recommendations are supported by the record
5  and by the Magistrate Judge's analysis.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1.  The Findings and Recommendations (Doc. 61), filed May 16, 2008, are ADOPTED
8  IN FULL;

9      2.  The July 13, 2007 stay imposed on the instant case (Doc. 40) is LIFTED because
10 the state court action on which it was premised was dismissed in its entirety on February 14,
11 2008; and

12     3.  This matter is set for a further scheduling conference before Magistrate Judge Goldner
13 on Monday, June 23, 2008 at 9:30 a.m.

15 IT IS SO ORDERED.

16 **Dated:   June 10, 2008**          **/s/ Anthony W. Ishii**
          UNITED STATES DISTRICT JUDGE