1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT FOR THE

8    EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| **DANIEL PROVENCIO,** | ) | **1:07-CV-0069 AWI TAG** |
| | ) | |
| **Plaintiff**, | ) | **ORDER VACATING AUGUST 4,** |
| | ) | **2008 ON DEFENDANTS' MOTION** |
| **v.** | ) | **TO DISMISS** |
| | ) | |
| **PATRICIA VAZQUEZ, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

16    Pending before the court is Defendants' motion to dismiss.   The motion is set for hearing

17   to be held on August 4, 2008.   The court has reviewed the moving and opposition and finds this

18   matter is suitable for decision without oral argument.  Local Rule 78-230(h).   Therefore, IT IS

19   HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and

20   the parties shall not appear at that time.  As of August 4, 2008, the court will take the matter

21   under submission, and will thereafter issue its decision.

22

23   IT IS SO ORDERED.

24   **Dated:    August 1, 2008**                                /s/ Anthony W. Ishii
                                                       CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28                                                    1