# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., etc., et al, ) | 1:07-cv-00069-AWI-TAG |
| Plaintiffs, ) | |
| v. ) | Order Amending Amended Scheduling Order |
| PATRICIA L. VAZQUEZ, et al., ) | (Docs. 74, 82) |
| Defendants. ) | |

This action commenced on January 12, 2007. (Doc. 1). On May 21, 2007, the Court issued a Scheduling Order. (Doc. 34). On July 31, 2007, the action was stayed. (Doc. 40). On June 11, 2008, the stay was lifted. (Doc. 62). On July 25, 2008, the Court issued an Amended Scheduling Order which provided in part for an initial expert disclosure deadline of October 17, 2008, a supplemental expert disclosure deadline of November 17, 2008, and expert and non-expert discovery deadlines of January 12, 2009. (Doc. 74). On October 9, 2008, the parties filed a joint Stipulation for an order continuing the deadlines for initial expert disclosures, supplemental expert disclosures, and expert discovery. (Doc. 82).

The Court has read and considered the parties' Stipulation (Doc. 82), finds that good cause exists to grant the relief requested, and makes the following orders thereon:

1. The Amended Scheduling Order (Doc. 74) is amended as follows:

    A. The parties are ordered to disclose all expert witnesses (initial disclosures), in writing, on or before November 17, 2008, and to disclose all supplemental expert witnesses, in writing, on or before December 17, 2008; and

B. The parties are ordered to complete all expert discovery on or before February12, 2009;

2. Except as provided above, the balance of the Amended Scheduling Order remains in full force and effect; and

3. This Order is made nunc pro tunc to October 17, 2008.

IT IS SO ORDERED.

Dated:   **October 20, 2008**                                         **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE