IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL PROVENCIO,** ) | 1:07-CV-0069 AWI TAG |
| ) | |
| **Plaintiff**, ) | ORDER APPROVING |
| ) | STIPULATION TO CONTINUE |
| v. ) | HEARING |
| ) | |
| **PATRICIA VAZQUEZ, et al.,** ) | |
| ) | |
| **Defendants**. ) | |
| _____ ) | |

Pending before the court is Defendants' motion for summary judgment. This motion was originally set for oral argument to be heard on April 27, 2009. Pursuant to the parties' stipulation, the April 27, 2009 hearing date is CONTINUED to May 4, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __April 6, 2009__          /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE