# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian at litem, Maria Lucero, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>        Defendants. | NO. 1:07-CV-0069-AWI-BAK GSA<br><br>ORDER VACATING MAY 4, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motions for summary judgment have been set for hearing in this case on May 4, 2009. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 4, 2009, is VACATED, and the parties shall not appear at that time. As of May 4, 2009, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: __May 1, 2009__                      __/s/ Anthony W. Ishii__
                                                CHIEF UNITED STATES DISTRICT JUDGE