IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PATRICIA L. VAZQUEZ, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:07-CV-00069-AWI-BAK <br><br> ORDER VACATING <br> JUNE 8, 2009 HEARING DATE <br> AND TAKING MATTER <br> UNDER SUBMISSION |

    Defendants' motion to dismiss portions of third amended complaint has been set for hearing in this case on June 8, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 8, 2009, is VACATED, and the parties shall not appear at that time.  As of June 8, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 4, 2009              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE