# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al., <br><br> Plaintiffs, <br> v. <br> PATRICIA L. VAZQUEZ, et al., <br><br> Defendants. | NO. 1:07-CV-00069-AWI-TAG <br><br> ORDER VACATING PRETRIAL CONFERENCE |

In this action, Plaintiffs Daniel Provencio, Jr., Nancy Mendoza, and Johnny G. Provencio filed this federal civil rights action on their own behalf and on behalf of Daniel Provencio. Pending before the court are Defendants' motion for summary judgment and Defendant Michael Songer's motion to dismiss.  The pretrial conference is currently set for July 10, 2009.  The parties have signed a stipulation to continue the pretrial conference.  In light of the pending motions, the July 10, 2009 pretrial conference is VACATED.  The pretrial conference will be re-scheduled after the court resolves the pending motions.

IT IS SO ORDERED.

Dated:   June 30, 2009                    /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE