EDMUND G. BROWN JR.
Attorney General of the State of California
PAMELA J. HOLMES
Supervising Deputy Attorney General
DOUG KNOLL, (State Bar No.077040)
Deputy Attorney General
BENJAMIN BARNOUW (State Bar No. 168581)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6404
 Fax:  (213) 897-2810
 Email:  Doug. Knoll@doj.ca.gov

Attorneys for Defendants Pat L. Vazquez, Matthew Palmer, Curtiss Lawless, David Hicks, Lorlean Drugich, Brandon Short, Bernard Ramos, Remijio Paredes, Edward Montanio, Levi Logan, Anthony Ayala, George Gutierrez, Lee Miller,  Edmond Cooper, Kevin Crouch, Tony Gibson, Bruce Gladden, Pearl Goetchius-Riley, Jose Gamez, Julie Gibbons, David Guerzon, Javier Herrera, Thomas Hunter, Clifford Johnson, Lydia Martinez, Mark Miranda, Kelly Phillips, Paul Turpin, Edward Welch, Jeffrey Williams, Terrance Yoder and Michael Songer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PATRICIA L. VAZQUEZ, et al.,**<br><br>Defendants. | 1:07-CV-00069-AWI-BAK GSA<br><br>**JOINT STIPULATION AND ORDER VACATING TRIAL DATE AND REFERRING ACTION TO THE MAGISTRATE JUDGE FOR A SCHEDULING CONFERENCE** |

WHEREAS:

(1) The Court has pending before it two summary judgment motions brought by the defendants on March 13, 2009 and submitted on May 4, 2009;

1  (2) On July 1, 2009 the Court vacated the original Pretrial Conference date of July 10, 2009;

2  (3) The parties have been unable to meaningfully prepare for trial in the absence of rulings
3 on the pending summary judgment motions;

4  (4) The Court, in a ruling dated July 29, 2009, granted plaintiffs twenty days in which to
5 bring a Motion for Leave to File a Fourth Amended Complaint, which motion plaintiffs are
6 presently preparing, and which motion defendants will oppose;

7  (5) Following the Curt's July 29, 2009 ruling, defendant Michael Songer filed his Answer to
8 Third Amended Complaint on July 31, 2009;

9  (6) The parties have met and conferred, through their respective counsel, and have
10 determined that, in light of the above circumstances, this case will be unable to proceed to trial as
11 presently scheduled;

12 Now, therefore, the parties stipulate as follows, subject to approval by the Court:

13 (1) The trial date of September 1, 2009 may be vacated, to be reset by the Court; and

14 (2) The Pretrial Conference, previously vacated by the Court, may be reset by the Court
15 consistent with the reset trial date.

18         McNICHOLAS & McNICHOLAS

20 August 6, 2009    By: /s/ John P. McNicholas
           JOHN P. McMICHOLAS, Attorney
21          for Plaintiff Nancy Mendoza

23 August 6, 2009    By: /s/ Michael R. Mitchell
           MICHAEL R. MITCHELL, Attorney
24          for Plaintiff Daniel Provencio, Jr.

25         GORDON, EDELSTEIN, KREPACK,
          GRANT, FELTON & GOLDSTEIN

27
28 August 6, 2009    By: /s/ Joshua M. Merliss
           JOSHUA M. MERLISS, Attorney

JOINT STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE & RESETTING PRETRIAL CONFERENCE

2

for Plaintiff Johnny G. Provencio

LeBEAU-THELEN, LLP

August 6, 2009    By:   /s/  J. Nile Kinney
                       J. Nile Kinney, Attorney for
                       Defendant Matthew Adams

                       EDMUND G. BROWN JR.
                       Attorney General of the State of California
                       PAMELA J. HOLMES, Supervising
                       Deputy Attorney General
                       DOUG KNOLL
                       Deputy Attorney General
                       BENJAMIN BARNOUW
                       Deputy Attorney General

August 6, 2009    By:   /s/   Doug Knoll
                       DOUG KNOLL
                       Deputy Attorney General
                       Attorneys for All Defendants Except
                       Matthew Adams

## ORDER

The Court has read and considered the stipulation of the parties and, good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

(1) The September 1, 2009 trial date is VACATED; and

(2) The action is referred to the Magistrate Judge to hold a scheduling conference.

IT IS SO ORDERED.

**Dated:   August 5, 2009**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE