IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as a successor in interst to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA L. VAZQUEZ, et al<br><br>Defendants. | 1: 07 - CV - 00069 - AWI - BAK<br><br>ORDER AMENDING COURT'S JULY 29, 2009 ORDER |

On July 29, 2009, the court issued an order granting in part and denying in part Defendant Michael Songer's motion to dismiss. A review of the order reveals that it contains inconsistent instructions on whether Plaintiffs may file an amended complaint or a motion to file an amended complaint.

Plaintiffs are HEREBY given leave to file an amended complaint within twenty days of this order's date of service. Any references to a motion to amend are removed from the July 29, 2009 order.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                              /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE