**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA VAZQUEZ, et al.,<br><br>Defendants. | NO. 1:07-CV-00069-AWI-BAK GSA<br><br>ORDER VACATING NOVEMBER 2, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendants' motion to strike portions of fourth amended complaint has been set for hearing in this case on November 2, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 2, 2009, is VACATED, and the parties shall not appear at that time. As of November 2, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 29, 2009             /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE