**Michael R. Mitchell,** (SBN 48348)
19655 Friar Street
Tarzana, California 91335
(818) 968-6119 Telephone

Attorney for Plaintiff,
DANIEL PROVENCIO, JR., etc., et al

**John P. McNicholas,** (SBN 33530)
McNICHOLAS & McNICHOLAS, LLC
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
(310) 474-1582 Telephone

Attorneys for Plaintiff
NANCY MENDOZA

**Joshua M. Merliss** (SBN 073416)
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
3580 Wilshire Blvd., #1800
Los Angeles, California 90010
(213) 739-7000 Telephone

Attorneys for Plaintiff
JOHNNY G. PROVENCIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **DANIEL PROVENCIO, JR., etc., et al,**<br><br>          Plaintiff,<br><br>          vs.<br><br>**PATRICIA L. VAZQUEZ, et al** | 1:07-CV-00069-AWI-JLT<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT SONGER'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Assigned to the Honorable Anthony W. Ishii]*<br><br>Trial:  August 17, 2010 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs through their respective counsel and Defendants through their respective counsel as follows:

Defendant, Michael Songer, M.D., has filed a Motion for Summary Judgment that is currently set to be heard by the Court on March 29, 2010 at 1:30 pm in Courtroom 2.

All defendants except Songer had previously filed Motions for Summary Judgment, which motions were taken under submission on May 4, 2009. In light of the Court's March 1, 2010 ruling (Doc. 162), granting summary judgment as to all of said moving defendants except Vazquez, Palmer, Adams, Hicks, Drugich, and Paredes, and inviting said remaining defendants to file second summary judgment motions by April 15, 2010, said defendants will timely file second Motions for Summary Judgment, and have reserved May 17, 2010 as the hearing date for those motions.

The parties believe it would save the Court time, and promote the orderly and efficient processing of these motions, to have them all heard at the same time.

As such, the parties hereby stipulate that Defendant Michael Songer's Motion for Summary Judgment be continued from March 29, 2010 to May 17, 2010 and be heard at the same time as the Motions for Summary Judgment that will be filed by the other

Defendants.

///

///

///

        EDMUND G. BROWN, JR. Attorney General of the State of California
        PAMELA J. HOLMES, Supervising Deputy Attorney General
        DOUG KNOLL, Deputy Attorney General
        BENJAMIN BARNOUW, Deputy Attorney General

Dated:  March 4, 2010        By:/s/ Doug Knoll (As authorized on March 4, 2010)

        DOUG KNOLL
        Deputy Attorney General
        Attorneys for Defendants MATTHEW DAVID HICKS, LORLEAN DRUGICH, REMIJIO PAREDES AND MICHAEL SONGER

PAT L. VASQUEZ, PALMER, LeBEAU-THELIN, LLP

Dated:  March 3, 2010        By:/s/ J. Nile Kinney (As authorized on March 3, 2010)

        J. NILE KINNEY
        Attorney for Defendant MATTHEW ADAMS

McNICHOLAS & McNICHOLAS

Dated:  March 3, 2010

By: <u>/s/ John McNicholas  (As  authorized on March 3, 2010)</u>

    JOHN McNICHOLAS
    Attorney for Plaintiff
    NANCY MENDOZA


Dated:  March 3, 2010

By: <u>/s/ Michael R. Mitchell(As authorized on March 3, 2010)</u>
    MICHAEL R. MITCHELL
    Attorney for Plaintiff
    DANIEL PROVENCIO, JR.


Dated:  March 3, 2010

    GORDON, EDELSTEIN, KREPACK,
    GRANT, FELTON & GOLDSTEIN


By: <u>/s/ Joshua M. Merliss</u>
    JOSHUA M. MERLISS
    Attorney for Plaintiff
    JOHNNY G. PROVENCIO


### **ORDER**

**GOOD CAUSE APPEARING,**

IT IS SO ORDERED.

**Dated:   March 5, 2010**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE