**Michael R. Mitchell**, (SBN 48348)
19655 Friar Street
Tarzana, California 91335
(818) 968-6119 Telephone

Attorney for Plaintiff,
DANIEL PROVENCIO, JR., etc., et al

**John P. McNicholas**, (SBN 33530)
McNICHOLAS & McNICHOLAS, LLC
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
(310) 474-1582 Telephone

Attorneys for Plaintiff
NANCY MENDOZA

**Joshua M. Merliss** (SBN 073416)
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
3580 Wilshire Blvd., #1800
Los Angeles, California 90010
(213) 739-7000 Telephone

Attorneys for Plaintiff
JOHNNY G. PROVENCIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **DANIEL PROVENCIO, JR., etc., et al,**<br><br>          **Plaintiff,**<br><br>               **vs.**<br><br> **PATRICIA L. VAZQUEZ, et al** | 1:07-CV-00069-AWI-JLT<br><br>**JOINT STIPULATION AND ORDER STRIKING FOURTH CAUSE OF ACTION OF FIFTH AMENDED COMPLAINT**<br><br>*[Assigned to the Honorable Anthony W. Ishii]*<br><br>Trial: August 17, 2010 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs

through their respective counsel and Defendants through their

respective counsel as follows:

Plaintiffs have filed their Fifth Amended Complaint on

August 5, 2010.

Plaintiffs' counsel inadvertently included the Fourth Cause

of Action in the Fifth Amended Complaint.  Plaintiffs had

previously conceded that summary judgment was appropriate as

to that cause of action.

As such, the parties through their counsel agree and

stipulate that the Fourth Cause of Action in the Fifth Amended

Complaint be stricken by the Court.


                                   EDMUND G. BROWN, JR. Attorney
                                   General of the State of
                                          California
                                   PAMELA J. HOLMES, Supervising
                                   Deputy Attorney General
                                   DOUG KNOLL, Deputy Attorney
                                        General
                                   BENJAMIN BARNOUW, Deputy
                                        Attorney General



Dated:  March 8, 2010          By:/s/_Doug Knoll_(As      ___
                                      authorized on March 8,
2010)

                                   DOUG KNOLL
                                   Deputy Attorney General
                                        Attorneys for
Defendants                              PAT L. VASQUEZ,
MATTHEW                                      PALMER,

DAVID HICKS,
LORLEAN DRUGICH, REMIJIO
   PAREDES AND MICHAEL SONGER


                     LeBEAU-THELEN, LLP


Dated:  March 8, 2010        By:/s/ J. Nile Kinney_(As __
                          authorized on March 7,
2010)

                     J. NILE KINNEY
                     Attorney for Defendant
                     MATTHEW ADAMS

                     McNICHOLAS & McNICHOLAS


Dated:  March 8, 2010

McNicholas_(As __
authorized on March 8, 2010)
                     By:/s/ John


                     JOHN McNICHOLAS
                     Attorney for Plaintiff
                     NANCY MENDOZA


Dated:  March 8, 2010        By: /s/ Michael R. Mitchell(As
                     authorized on March 8, 2010)
                     MICHAEL R. MITCHELL
                     Attorney for Plaintiff
                     DANIEL PROVENCIO, JR.


Dated:  March 8, 2010        GORDON, EDELSTEIN, KREPACK,
                     GRANT, FELTON & GOLDSTEIN

```
                              By:/s/ Joshua M. Merliss
                                 JOSHUA M. MERLISS
                                 Attorney for Plaintiff
                                 JOHNNY G. PROVENCIO
```

**ORDER**


IT IS SO ORDERED.

**Dated:   March 9, 2010**                    **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE