# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, NANCY MENDOZA, and JOHNNY G. PROVENCIO,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>Defendants. | NO. 1:07-CV-00069 AWI JLT<br><br>ORDER REFERRING PENDING MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE<br><br>ORDER VACATING MAY 17, 2010 HEARING DATE |

   Plaintiff, through his successor in interest, was a state prisoner who alleges that prison officials violated his civil rights pursuant to 42 U.S.C. § 1983.  Defendants have filed motions for summary judgment that they noticed for hearing before the undersigned for May 17, 2010. The court finds that the pending motions should be referred to Magistrate Judge Jennifer L. Thurston pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(17) for the entry for Findings and Recommendations.

//

//

//

Accordingly, it is HEREBY ORDERED that:

1. The pending motions for summary judgement are REFERRED to Magistrate Judge Jennifer L. Thurston;
2. The May 17, 2010 hearing before the undersigned is VACATED; and
3. If the Magistrate Judge believes a hearing is necessary on the referred motion, the Magistrate Judge will set a new hearing in due course.

IT IS SO ORDERED.

**Dated:   May 12, 2010**                              **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

2