1 | EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2 | PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
3 | DOUG KNOLL, State Bar No. 077040
Deputy Attorney General
4 | BENJAMIN BARNOUW, State Bar No. 168581
Deputy Attorney General
5 |   300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
6 |   Telephone:  (213) 897-6404
  Fax:  (213) 897-9395

*Attorneys for Defendants Pat L. Vazquez, Matthew Palmer, David Hicks, Lorlean Drugich, Remijio Paredes, and Michael Songer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PATRICIA L. VAZQUEZ, et al.,**<br><br>Defendants. | 1:07-CV-00069-AWI-JLT<br><br>**JOINT STIPULATION AND PROPOSED ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Courtroom: No. 2<br>Judge:        Hon.  Anthony W. Ishii<br>Trial Date: August 17, 2010 |

1

WHEREAS:

(1) Trial is currently scheduled to begin on August 17, 2010;

(2) The Pretrial Conference is scheduled for June 18, 2010;

(3) All Defendants have filed motions for summary judgment;

(4) On May 13, 2010, U.S. District Court Judge Anthony W. Ishii referred the motions for summary judgment to U.S. Magistrate Judge Jennifer L. Thurston pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302 for the entry for Findings and Recommendations;

(5) On June 9, 2010, a hearing was held on defendants' Motions for Summary Judgment before Magistrate Judge Thurston, and Magistrate Judge Thurston took the motions under submission;

(6) Pursuant to U.S. District Court, Eastern District of California Local Rule 304(b) and (d), and 28 U.S.C. §636(b)(1)(B), any party who wishes to object to the Findings and Recommendations to be issued by Magistrate Judge Thurston concerning defendants' Motions for Summary Judgment may file an Objection within fourteen (14) days of being served with the Findings and Recommendations, and any party who wishes to respond to an Objection may do so with fourteen (14) days of being served with an Objection;

(7) Given the foregoing circumstances, the parties have been unable to meaningfully prepare for trial in the absence of rulings on the pending motions for summary judgment, and are unable to prepare and file Joint Pretrial Statement by the current deadline of June 11, 2010; and

(8) The parties have met and conferred, through their respective counsel, and have determined that, in light of the above circumstances, the case will be unable to proceed to trial as presently scheduled.

/ / /

/ / /

/ / /

/ / /

/ / /

2

JOINT STIPULATION AND PROPOSED ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL DATE
(Provencio v. Vazquez, et al.) (1:07-CV-00069-AWI-JLT)

/ / /

Now, therefore, the parties stipulate as follows, subject to approval by the Court:

(1) The Pretrial Conference, currently set for June 18, 2010, may be vacated, to be reset for August 17, 2010; and

(2) The Trial date, currently set for August 17, 2010, may be vacated, to be reset for October 26, 2010.

| | |
|---|---|
| Dated: June 10, 2010 | EDMUND G. BROWN JR.<br>Attorney General of California<br>PAMELA J. HOLMES<br>Supervising Deputy Attorney General<br>DOUG KNOLL<br>Deputy Attorney General<br><br>_____/s/ Benjamin Barnouw_____<br>BENJAMIN BARNOUW<br>Deputy Attorney General<br>*Attorneys for Defendants Pat L. Vazquez, Matthew Palmer, David Hicks, Lorlean Drugich, Remijio Paredes, and Michael Songer* |
| Dated: June 11, 2010 | MICHAEL R. MITCHELL, ESQ.<br><br>_____/s/_Michael R. Mitchell_____<br>MICHAEL R. MITCHELL, ESQ.<br>*Attorney for Plaintiff Daniel Provencio, Jr.* |
| Dated: June 11, 2010 | MCNICHOLAS & MCNICHOLAS<br><br>_____/s/_John P. McNicholas_____<br>JOHN P. MCNICHOLAS, ESQ.<br>*Attorneys for Plaintiff Nancy Mendoza* |

| | |
|---|---|
| Dated: June 10, 2010 | GORDON, EDELSTEIN, KREPACK, GRANT, FELTON & GOLDSTEIN |
| | _____/s/_ Joshua M. Merliss_____ <br> JOSHUA M. MERLISS, ESQ. <br> *Attorneys for Plaintiff Johnny G. Provencio* |
| Dated: June 11, 2010 | LEBEAU-THELEN, LLP |
| | _____/s/_ J. Nile Kinney_____ <br> J. NILE KINNEY, ESQ. <br> *Attorneys for Defendant Matthew Adams* |

4

JOINT STIPULATION AND PROPOSED ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL DATE
(Provencio v. Vazquez, et al.) (1:07-CV-00069-AWI-JLT)

**ORDER**

The Court has read and considered the stipulation of the parties and, good cause appearing therefor, IT IS HEREBY ORDERED THAT:

(1) The June 18, 2010 Pretrial Conference is VACATED, and is re-set for August 17, 2010, at 8:30 a.m., before the Honorable Anthony W. Ishii, United States District Judge, in Courtroom 2, United States Courthouse, 2500 Tulare Street, Fresno, California, 93721; and

(2) The August 17, 2010 trial date is VACATED, and is re-set for October 26, 2010, at 8:30 a.m., before the Honorable Anthony W. Ishii, United States District Judge, in Courtroom 2, United States Courthouse, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

Dated:  **June 14, 2010**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

5

JOINT STIPULATION AND PROPOSED ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL DATE
(Provencio v. Vazquez, et al.) (1:07-CV-00069-AWI-JLT)