IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, Maria Lucero, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA L. VAZQUEZ, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-00069-AWI- JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT ADAMS<br><br>(Docs. 174, 199) |

Plaintiffs filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 15, 2010, defendant Matthew Adams filed his motion for summary judgment. On May 13, 2010, the Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2010, the Magistrate Judge filed a Findings and Recommendations that recommended to the Court that it grant defendant Adams' motion for summary judgment. Plaintiffs were granted 14 days from June 16, 2010 to file objections to the recommendation. The findings and recommendations were served on Plaintiffs by mail on June 16, 2010. On July 5, 2010, Plaintiff Johnnie G. Provencio filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United

1

1  School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case.
2  Having carefully reviewed the entire file, the Court finds that the findings and recommendation are
3  supported by the record and by proper analysis.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1. The findings/report and recommendations filed June 16, 2010, are ADOPTED IN FULL; and
6        2. Defendant Adams is granted summary judgment.

8  IT IS SO ORDERED.

9  Dated:    July 21, 2010
10                                               CHIEF UNITED STATES DISTRICT JUDGE