Joshua M. Merliss, Esq. (SBN 073416)
Jmm@geklaw.com
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
3580 Wilshire Boulevard, No. 1800
Los Angeles, California 90010
(213) 739-7000

Attorneys for Plaintiff JOHNNY G. PROVENCIO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, NANCY MENDOZA, and JOHNNY G. PROVENCIO, <br><br>Plaintiffs, <br><br>vs. <br><br>PATRICIA L. VAZQUEZ, et al, <br><br>Defendants. | CASE NO 1:07-cv-0069 AWI-JLT <br>(**The Honorable Anthony W. Ishii**) <br><br>JOINT STIPULATION AND ORDER DISMISSING CLAIM OF PLAINTIFF, JOHNNY G. PROVENCIO |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, JOHNNY G. PROVENCIO, and all Defendants, past and present, by and through their respective attorneys of record, as follows:

    1.    Plaintiff, JOHNNY G. PROVENCIO, is one of the Plaintiffs in this action.

    2.    Plaintiff, JOHNNY G. PROVENCIO, wishes to dismiss this action with prejudice and waive any rights to appeal.

    3.    The Defendants, through their counsel, agree to waive all fees and costs that they may be entitled to seek from the Court against Plaintiff, JOHNNY G. PROVENCIO, in exchange for Plaintiff JOHNNY G. PROVENCIO's dismissal of this action.

    4.    The parties further stipulate that Defendants will waive any claim(s) that they may have against Plaintiff JOHNNY G. PROVENCIO for malicious prosecution in exchange for Plaintiff JOHNNY G. PROVENCIO's dismissal of this action.

**IT IS HEREBY STIPULATED AND AGREED THAT** the above-captioned action be and is hereby dismissed with prejudice by Plaintiff JOHNNY G. PROVENCIO only, pursuant to Federal Rule of Civil Procedure 41(a) (1).

Dated:  August 16, 2010                   GORDON, EDELSTEIN, KREPACK,
                                          GRANT, FELTON & GOLDSTEIN


                                          By: /s/ Joshua M. Merliss
                                              JOSHUA M. MERLISS
                                              Attorney for Plaintiff
                                              JOHNNY G. PROVENCIO


Dated:  August 16, 2010                   EDMUND G. BROWN
                                          Attorney General of the State of California

                                          By: /s/ Benjamin Barnouw
                                              BENJAMIN BARNOUW
                                              Deputy Attorney General
                                              ATTORNEY FOR ALL
                                              DEFENDANTS EXCEPT
                                              MATTHEW ADAMS


Dated:  August 16, 2010                   LEBEAU – THELEN, LLP


                                          By: /s/ J. Nile Kinney
                                              J. NILE KINNEY
                                              Attorney for Defendant
                                              MATTHEW ADAMS

**JOINT STIPULATION AND ORDER DISMISSING ACTION OF PLAINTIFF JOHNNY G. PROVENCIO**

**ORDER**

**IT IS HEREBY ORDERED** that the claim of JOHNNY G. PROVENCIO, Eastern District of California case number 1:07-cv-0069 AWI-JLT, pursuant to the terms of the above stipulation, is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:  August 20, 2010          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE