EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
RAYMOND L. FITZGERALD, State Bar No. 134827
Deputy Attorney General
BENJAMIN BARNOUW, State Bar No. 168581
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6404
  Fax:  (213) 897-9395

*Attorneys for Defendants Matthew Palmer, et al.*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, NANCY MENDOZA, and JOHNNY G. PROVENCIO, <br><br>Plaintiffs, <br>vs. <br><br>PATRICIA L. VAZQUEZ, et al, <br><br>Defendants. | CASE NO 1:07-cv-0069 OWW-JLT <br>(**The Honorable Oliver W. Wanger**) <br><br>JOINT STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF NANCY MENDOZA |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, NANCY MENDOZA, and all Defendants, past and present, by and through their respective attorneys of record, as follows:

1.     Plaintiff, NANCY MENDOZA is one of the Plaintiffs in this action.

2.     Plaintiff NANCY MENDOZA wishes to dismiss all claims in this action with prejudice and waive any rights to appeal.

3.     The Defendants, through their counsel, agree to waive all fees and costs that they may be entitled to seek from the Court against Plaintiff NANCY MENDOZA in exchange for the dismissal of all claims by Plaintiff NANCY MENDOZA.

4. The parties further stipulate that Defendants will waive any claim(s) that they may have against Plaintiff NANCY MENDOZA for malicious prosecution in exchange for the dismissal of all claims by Plaintiff NANCY MENDOZA.

**IT IS HEREBY STIPULATED AND AGREED THAT** all of the claims of Plaintiff NANCY MENDOZA in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 5, 2010                         MCNICHOLAS & MCNICHOLAS LLP

                                               __/s/_John P. McNicholas____
                                                     JOHN P. MCNICHOLAS, ESQ.
                                                     *Attorneys for Plaintiff Nancy Mendoza*

Dated: October 5, 2010                         EDMUND G. BROWN
                                               Attorney General of the State of California

                                               By:  /s/ Benjamin Barnouw_____
                                                     BENJAMIN BARNOUW
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*

Dated: October 5, 2010                         LEBEAU – THELEN, LLP

                                               By: /s/ J. Nile Kinney_____
                                                     J. NILE KINNEY
                                                     Attorney for Defendant
                                                     *Matthew Adams*

**JOINT STIPULATION AND ORDER DISMISSING ACTION OF PLAINTIFF NANCY MENDOZA**

## ORDER

**IT IS HEREBY ORDERED** that the claims of Plaintiff NANCY MENDOZA in Eastern District of California case number 1:07-cv-0069 OWW-JLT, pursuant to the terms of the above stipulation, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: **October 7, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE