EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
RAYMOND L. FITZGERALD, State Bar No. 134827
Deputy Attorney General
BENJAMIN BARNOUW, State Bar No. 168581
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6404
  Fax:  (213) 897-9395

*Attorneys for Defendants Matthew Palmer, et al.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, NANCY MENDOZA, and JOHNNY G. PROVENCIO,<br><br>               Plaintiffs,<br>        vs.<br><br>PATRICIA L. VAZQUEZ, et al,<br><br>               Defendants. | CASE NO 1:07-cv-0069 OWW-JLT<br>(**The Honorable Oliver W. Wanger**)<br><br>JOINT STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFF, DANIEL PROVENCIO, JR. PERSONALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT DANIEL D. PROVENCIO |

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, DANIEL
2  PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by
3  his guardian ad litem, MARIA LUCERO, and all Defendants, past and present, by and through
4  their respective attorneys of record, as follows:

5      1.    Plaintiff, DANIEL PROVENCIO, JR., personally and as successor in interest to
6  DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, is one of the
7  Plaintiffs in this action.

8      2.    Plaintiff, DANIEL PROVENCIO, JR., personally and as successor in interest to
9  DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, wishes to dismiss
10 all claims in this action with prejudice and waive any rights to appeal.

11     3.    The Defendants, through their counsel, agree to waive all fees and costs that they
12 may be entitled to seek from the Court against Plaintiff, DANIEL PROVENCIO, JR., personally
13 and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem,
14 MARIA LUCERO, in exchange for the dismissal of all claims by Plaintiff DANIEL
15 PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by
16 his guardian ad litem, MARIA LUCERO.

17     4.    The parties further stipulate that Defendants will waive any claim(s) that they may
18 have against Plaintiff DANIEL PROVENCIO, JR., personally and as successor in interest to
19 DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, for malicious
20 prosecution in exchange for the dismissal of all claims by Plaintiff DANIEL PROVENCIO, JR.,
21 personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad
22 litem, MARIA LUCERO.

23 ///
24 ///
25 ///
26 ///
27 ///
28

**IT IS HEREBY STIPULATED AND AGREED THAT** all of the claims of Plaintiff DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) (1).

Dated: October 5, 2010                                  MICHAEL R. MITCHELL, ESQ.

   /s/ Michael R. Mitchell
MICHAEL R. MITCHELL, ESQ.
*Attorney for Plaintiff Daniel Provencio, Jr. by His guardian ad litem, Maria Lucero*

Dated: October 4, 2010                                  EDMUND G. BROWN
                                                        Attorney General of the State of California

By: /s/ Benjamin Barnouw
    BENJAMIN BARNOUW
    Deputy Attorney General
    *Attorneys for Defendants*

Dated: October 4, 2010                                  LEBEAU – THELEN, LLP

By: /s/ J. Nile Kinney
    J. NILE KINNEY
    Attorney for Defendant
    *Matthew Adams*

3
**JOINT STIPULATION AND ORDER DISMISSING ACTION OF PLAINTIFF DANIEL PROVENCIO, JR.**

## ORDER

**IT IS HEREBY ORDERED** that the claims of Plaintiff DANIEL PROVENCIO, JR., personally and as successor in interest to DANIEL PROVENCIO, deceased, by his guardian ad litem, MARIA LUCERO, Eastern District of California case number 1:07-cv-0069 OWW-JLT, pursuant to the terms of the above stipulation, are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated:                                          By: _____
                                                     Oliver W. Wanger
                                                     United States District Court Judge

IT IS SO ORDERED.

   Dated:   **October 7, 2010**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE